IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

NATHAN DUCKWORTH WITHERS,

        Appellant,

v.

Case No. 5D22-1045
LT Case No. 2019-CF-001343

STATE OF FLORIDA,

        Appellee.

_____/

Decision filed December 20, 2022

Appeal from the Circuit Court
for Sumter County,
Mary P. Hatcher, Judge.

Matthew J. Metz, Public Defender, and Darnelle
Paige Lawshe, Assistant Public Defender,
Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee,
and Richard A. Pallas, Jr., Assistant Attorney
General, Daytona Beach, for Appellee.


PER CURIAM.

      AFFIRMED.



WALLIS, EDWARDS and EISNAUGLE, JJ., concur.